JANUARY 2, 1951.

No. 345. SECURITIES & EXCHANGE COMMISSION *v.* HARRISON ET AL.

*Per Curiam:* The petition for writ of certiorari is granted. The judgments of the Court of Appeals are vacated and the cause is remanded to the District Court with directions to vacate its orders and to dismiss the proceeding upon the ground that the cause is moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36; *Howard* v. *United States,* 340 U. S. 898. *Solicitor General Perlman* and *Louis Loss* for petitioner. *Thurman Arnold, Abe Fortas* and *Milton V. Freeman* for respondents.

No. 406. ICENHOUR *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted. The Government having conceded that petitioner moved for an instructed verdict, the judgment of the Court of Appeals is vacated and the case is remanded to that court for further consideration. *Benjamin E. Pierce, Sr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.